PEGGY TAMS, individually and as executrix of the estate of Raymond R. Tams, deceased, complainant-respondent,

*v.*

MORTON ABRAMS, RAMOS & COMPANY, INCORPORATED, a New Jersey corporation, and PARAMOUNT INVESTMENT CORPORATION, a New Jersey corporation, defendants-appellants.

[Argued February term, 1936. Decided April 24th, 1936.]

258

*Messrs. Scholland & Schotland,* for the defendant-appellant Paramount Investment Corporation.

*Messrs. Osborne, Cornish & Scheck* and *Mr. Ervin S. Fulop,* for the complainant-respondent.

PER CURIAM.

The pleadings and proofs in this case have been carefully examined. The conclusions of the vice-chancellor are abundantly supported by the evidence adduced.

The decree is affirmed.

*For affirmance*—THE CHIEF-JUSTICE, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, JJ. 12.

*For reversal*—None.